UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS6

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-09193-RGK-GJS | Date | January 21, 2022 |
|---|---|---|---|
| Title | *Great American Insurance Company v. Mediterranean Shipping Company* | | |

Present: The Honorable **R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE**

| Joseph Remigio | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff: Attorneys Present for Defendant:

Not Present    Not Present

**Proceedings:** **(IN CHAMBERS)** Order Dismissing Action

On January 14, 2022, the Court issued an Order to Show Cause as to why the case should not be dismissed for lack of prosecution. (ECF No. 15.) Plaintiff's response stated that the parties are proceeding with settlement of the case, but have yet to exchange consideration. This is not a sufficient reason for the court to retain the case.

Accordingly, the Court **DISMISSES** the case for lack of prosecution. The Court, however, retains jurisdiction to enforce the terms of the settlement agreement. The parties may apply to reopen the case if judicial enforcement becomes necessary.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | jre |